```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant LEON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00198 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| VIDAL LEON, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, May 18, 2009 may be continued to Monday, June 22, 2009 at 1:30 p.m.  The reason for the requested continuance is to permit the parties to finalize the terms of the anticipated disposition.

The parties further stipulate and agree that 35 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00198 JW                                          1

Dated: May 13, 2009

                                                               s/_____
                                                               CYNTHIA C. LIE
                                                               Assistant Federal Public Defender

Dated: May 13, 2009

                                                               s/_____
                                                               THOMAS M. O'CONNELL
                                                               Assistant United States Attorney

## [PROPOSED] ORDER

       Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, May 18, 2009 shall be continued to Monday, June 22, 2009 at 1:30 p.m.

       The Court further finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial, in that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that 35 days should be excluded from the time within which trial shall commence under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

       It is so ordered.

Dated: May 14, 2009

                                                                _____
                                                               JAMES WARE
                                                               United States District Judge