| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant LEON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00198 JW |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING |
|  | ) |  |
| VIDAL LEON, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently set for Monday, November 30, 2009 may be continued to Monday, March 2, 2010 at 1:30 p.m.  The reason for the requested continuance is to permit Mr. Leon to resolve pending legal matters relating to the care and custody of one of his children during the term of his expected incarceration for this case, and also to provide the defense with additional time to effectively prepare for sentencing.  The United States Probation and Pretrial Services Offices have been consulted as to the requested continuance and have no objection.

Dated: November 23, 2009

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Sentencing, CR 09-00198 JW                         1

1  Dated: November 23, 2009

2
                                    s/_____
3                                   CYNTHIA C. LIE
                                    Assistant Federal Public Defender
4

5                              **[PROPOSED] ORDER**

6       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

7  sentencing hearing of Monday, November 30, 2009 shall be continued to Monday, March 1,

8  2010 at 1:30 p.m.

9       It is so ordered.

10

11 Dated: November  23 , 2009

12                                  _____
                                    JAMES WARE
13                                  United States District Judge

Stipulation and [Proposed] Order Continuing
Sentencing, CR 09-00198 JW                        2