1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LEON

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    No. CR 09-00551 JW
                                       )
11                  Plaintiff,         )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING SENTENCING
12  vs.                                )    HEARING
                                       )
13  VIDAL LEON,                        )
                                       )
14                  Defendants.        )
   _____)

15

16                              **STIPULATION**

17         The parties, by and through their respective counsel, hereby stipulate and agree that the

18  sentencing hearing currently set for Monday, March 1, 2010, may be continued to Monday,

19  March 15, 2010 at 1:30 p.m.  The reason for the requested continuance is to permit the parties

20  additional time to effectively prepare for sentencing.

21         The United States Probation Office has been consulted as to the requested continuance

22  and has no objection.

23  Dated: February 24, 2010

24                                   s/_____
                                     THOMAS M. O'CONNELL
25                                   Assistant United States Attorney

26

Stipulation and [Proposed] Order Continuing
Sentencing, CR 09-00198 JW                    1

Dated: February 22, 2010

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the

sentencing hearing of Monday, March 1, 2010, shall be continued to Monday, March 15, 2010 at

1:30 p.m.

It is so ordered.

Dated: February  25 , 2010

_____
JAMES WARE
United States District Judge

Stipulation and [Proposed] Order Continuing
Sentencing, CR 09-00198 JW                    2