BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>VIDAL LEON,<br><br>            Defendants. | No. CR 09-00198 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING VOLUNTARY<br>SURRENDER DATE |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the date set for Vidal Leon's surrender for service of his sentence may be extended from April 13, 2010, to April 27, 2010.  The reason for the requested extension is to accommodate Mr. Leon's plans to have his newborn daughter christened and the recently-discovered scheduling backlog at the family's church.  United States Pretrial Services Officer Jaime Carranza has been consulted as to this request and has no objection, and defense counsel has communicated the proposed date and consequences of noncompliance to Mr. Leon.

Dated: March 24, 2010

                                        s/_____
                                        THOMAS M. O'CONNELL
                                        Assistant United States Attorney

Stipulation and [Proposed] Order Extending
Voluntary Surrender Date, CR 09-00198 JW                    1

Dated: March 24, 2010

                                                          s/_____
                                                          CYNTHIA C. LIE
                                                          Assistant Federal Public Defender

**[~~PROPOSED~~] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date for defendant's voluntary surrender for service of his sentence shall be extended from Tuesday, April 13, 2010, to Tuesday, April 27, 2010.

It is so ordered.

Dated: March 25, 2010

                                                          _____
                                                          HON. JAMES WARE
                                                          United States District Judge